IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § Plaintiff, § § v. § § CHRISTOPHER A. FAULKNER, § HOMES INC., § HOMESINC RENAISSANCE, LLC, § MATTHEW RAPOPORT, and § EARL NELSON DAVENPORT, § § Defendants. § § | Case No.: 3:17-cv-02405-B |

## ORDER RELEASING ASSET FREEZE

Before the court is the unopposed motion of Defendant Matthew Rapoport asking that the freeze on his assets, specifically including but not limited to his checking account at Bank of America, be released. This bank account was previously frozen under this Court's order of September 28, 2017, freezing Mr. Rapoport's assets.

In that a Final Judgement has been entered as to Mr. Rapoport and he has fully complied with all payment obligations, and the Plaintiff's non-opposition, the motion is GRANTED.

The asset freeze entered on September 28, 2017 as to Mr. Rapoport and his assets is lifted. Any and all assets of Mr. Rapoport are no longer subject to the September 28, 2017 order.

Bank of America is hereby ordered to release all funds presently held in the Matthew Rapoport personal bank account number 000347611919 at the Encino Branch of Bank of America.

Dated: November, 1 , 2018

JANE BOYLE
UNITED STATES DISTRICT JUDGE